UTICA,
October, 1822.

SHUFELT
v.
CRAMER.

---

SHUFELT *against* CRAMER and SIMMONS.

IN ERROR, on *certiorari* to a Justice's Court. *Shufelt* was plaintiff below, and proceeded by summons, on the return of which, issue was joined. The cause was adjourned until the 14th of *January*, at 2 o'clock, P. M. The defendants appeared according to the adjournment, and were ready to proceed. The Justice waited until 10 minutes past 3 o'clock, P. M., and then called the parties; the defendants appeared, but the plaintiff did not appear, whereupon the Justice gave judgment of nonsuit, and adjudged to the defendants their costs.

*Per Curiam.* The Justice was bound to wait a reasonable time for the appearance of the parties. No case has yet decided what shall be considered a reasonable time. We think, however, that waiting a full hour after the time appointed, is giving a sufficient and reasonable time for the appearance of either party. This is in conformity to the practice on a summons to show cause before a Judge. We are of opinion, that, as a general rule, the Justice must wait an hour for the appearance of the parties, and that he need wait no longer, unless some excuse which he shall deem reasonable, be shown, for giving further indulgence. In the

Where, after issue joined in a Justice's Court, the cause is adjourned to another day, and the Justice waits a full hour after the time appointed, for the appearance of the parties, that is a reasonable time, and he may proceed to call them, and give judgment against the party who neglects to appear.

UTICA,
October, 1822.

The PEOPLE
v
GENERAL
SESSIONS OF
HERKIMER.

present case, there was no excuse for not appearing at the end of the hour after the time appointed.

Judgment affirmed.